## ERWIN *v.* THE STATE.

CANDLER, J.   On the trial of one charged with the illegal sale of intoxicating liquors, it was error to admit evidence of such a sale by the accused more than two years prior to the date of the accusation, and to charge the jury that they might "consider these transactions as circumstances in arriving at a proper verdict."          *Judgment reversed.   All the Justices concur.*

Argued December 19, 1904. — Decided January 26, 1905.

Accusation of unlawful sale of liquor.   Before Judge Foute.
City court of Cartersville.   October 15, 1904.

*James B. Conyers*, for plaintiff in error.
*Samuel P. Maddox, solicitor-general*, contra.